UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CORNELIUS ARMSTEAD**                                **CIVIL ACTION**

**VERSUS**                                            **NUMBER: 13-4881**

**STEVE RADER, WARDEN**                               **SECTION: "B"(3)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Cornelius Armstead** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE